UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                              CASE NO.: 8:22-bk-02771-RCT
                                                                                       CHAPTER 13

**James Martin Heyward,**
    Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR2, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487**

                                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                       Authorized Agent for Secured Creditor
                                                       6409 Congress Avenue, Suite 100
                                                       Boca Raton, FL 33487
                                                       Telephone: 470-321-7112

                                                       By: /s/Keith Labell
                                                           Keith Labell
                                                           Email: klabell@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JAMES MARTIN HEYWARD
PO BOX 15571
SARASOTA, FL 34277

And via electronic mail to:

KELLY REMICK
CHAPTER 13 STANDING TRUSTEE
POST OFFICE BOX 89948
TAMPA, FL 33689

UNITED STATES TRUSTEE - TPA7/13, 7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

By: /s/ Brianna Carr