**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**                                                                                           **CASE NO. 8:22-bk-02771-RCT**
**JAMES MARTIN HEYWARD,**                                                       **CHAPTER 13**
  **Debtor.**

_____/

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM(S). 4 OF PHH MORTGAGE CORPORATION**

**COMES NOW**, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR2, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR2 ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Debtor's Objection to Claim(s). 4 of PHH Mortgage Corporation ("Objection") (DE # 54), and in support thereof states as follows:

1. Debtor, James Martin Heyward ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 11, 2022.

2. Secured Creditor holds a security interest in the Debtor's real property located at 14146 CATTLE EGRET PL, LAKEWOOD RANCH, FL 34202.

3. Secured Creditor filed its Proof of Claim, on September 2, 2022 as Claim Number 4-1.

4. On October 7, 2022, Debtor filed an Objection asserting allegations opposing Secured Creditor's claim.

5. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."See also *In re Lampe*, 665 F.3d 506, 514 (3d Cir. 2011) ("[A] proof of claim that alleges sufficient facts to support liability satisfies the claimant's

initial obligation to proceed, after which the burden shifts to the objector to produce sufficient evidence to negate the prima facie validity of the filed claim."). Based on the Proof of Claim alone, the Debtor's action must fail.

6. Secured Creditor's Proof of Claim, is neither incorrect nor improper as filed.

7. Debtor is attempting to challenge Secured Creditor's standing. Copies of the mortgage, note and assignments are attached to the Proof of Claim. Debtor's challenge must be overruled.

8. To the extent that the Debtor wishes to preemptively challenge the Secured Creditor's ability to enforce the Note and Mortgage, numerous courts have rejected these theories as a basis for declaratory relief in the district courts. See, e.g., *Mazzotta v. Citimortgage*, 2016 WL 861364 (S.D. Fla. Mar. 4, 2016); see Altier v. Fed. Nat. Mortgage Ass'n, 2013 WL 6388521, *1, *6 (N.D. Fla. Dec. 6, 2013); see also *Roder v. RH Funding Co.*, 2012 WL 6799690, *1, *3 (M.D. Fla. Dec. 10, 2012), report and recommendation approved, 2013 WL 75278 (M.D. Fla. Jan. 7, 2013). As such, the Debtor's objections to standing and assignment of rights under the mortgage and other equitable theories may be appropriate in a state-court foreclosure action, but they cannot serve as the basis for an objection in light of the Proof of Claim.

9. Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time.

**WHEREFORE**, Secured Creditor respectfully requests this Honorable Court allows Secured Creditor's Proof of Claim as filed as to preserve Creditor's Claim, overrule the objection, and for such other and further relief as the Court deems just and proper.

>Robertson, Anschutz, Schneid, Crane & Partners, PLLC
>Attorney for Secured Creditor
>6409 Congress Ave., Suite 100
>Boca Raton, FL 33487
>Telephone: 470-321-7112
>Facsimile: 561-997-6909
>
>By: /s/April Harriott
>April Harriott, Esquire
>Florida Bar Number 37547
>Email: aharriott@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 19, 2022, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

James Martin Heyward
PO Box 15571
Sarasota, FL 34277

Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

                                                            By: /s/April Harriott
                                                            April Harriott, Esquire
                                                            Florida Bar Number 37547
                                                            Email: aharriott@raslg.com