**[Dntchrg]** [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT  
MIDDLE DISTRICT OF FLORIDA  
TAMPA DIVISION

In re:                                                                     Case No. 8:22−bk−02771−RCT  
                                                                            Chapter 13

James Martin Heyward

_____Debtor*_____/

NOTICE OF PRELIMINARY HEARING

   NOTICE IS GIVEN THAT:

1. The Honorable Roberta A. Colton will conduct a preliminary hearing on the following matter on October 26, 2022, at 09:50 AM in Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602:

   Objection to Claim(s). 3 of U.S. Bank National Association (Document No. 53) filed by the Debtor

2. UNTIL FURTHER NOTICE, parties may attend the hearing by Zoom or by telephone only. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties appearing by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) by 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court without further notice.

5. <u>Avoid delays</u>. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

                                              FOR THE COURT  
Dated: October 24, 2022                       Sheryl L. Loesch , Clerk of Court  
                                              Sam M. Gibbons United States Courthouse  
                                              801 North Florida Avenue, Suite 555  
                                              Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.
*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.